UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 11 B 29169
CHAPTER 13

MAYOLA NASH

JUDGE JANET S BAER

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CARRINGTON MORTGAGE SERVICES

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 15 | XXXXXX0800 | $11,275.79 | $11,625.79 | $11,625.79 |
| Total Amount Paid by Trustee | | | | | $11,625.79 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit     **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-29169-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 11th day of February, 2016.

Debtor:
MAYOLA NASH
6759 S ADA ST
CHICAGO, IL 60636

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORTGAGE SERVICES
1610 E SAINT ANDREWS PL #B150
SANTA ANA, CA 92705

Mortgage Creditor:
AMERICAS SERVICING
% CLERK CHANCERY
50 W WASHINGTON ST # 802
CHICAGO, IL 60602

Mortgage Creditor:
AMERICAS SERVICING
% FREEDMAN ANSELMO LINDBERG
1771 W DIEHL RD
PO BOX 3216
NAPERVILLE, IL 60563-1890

ELECTRONIC SERVICE - United States Trustee

Date:  February 11, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603